**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| **DON GORDON, et al.** | * | |
| **Plaintiffs** | * | |
| **v.** | * | **CASE NO.: 1:22-cv-01699-GLR** |
| **MARYLAND STATE POLICE, et al.** | * | |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>JOINT STATUS REPORT</u>**

The Parties, by and through their respective counsel, and in accordance with the Court's Order, hereby submit this Joint Status Report and state as follows:

Pursuant to this Court's Order on April 18, 2024 (ECF 46), this matter was stayed pending Defendant Sergeant William Heath's appeal to the Fourth Circuit from this Court's denial of qualified immunity. On March 31, 2026 (ECF 51), this Court ordered the parties to file a status report within seven (7) days of the Fourth Circuit's decision or within 180 days of the Court's Order.

In accordance with the Court's Order, the Parties submit this Joint Status Report within seven (7) days of the Fourth Circuit's decision issued on June 24, 2026. The Judgment of the Fourth Circuit affirming the judgment of the District Court was docketed in this matter on even date (ECF 52). Given the resolution of the interlocutory appeal, the Parties respectfully request that the Court issue a scheduling order in this matter.

Respectfully Submitted,

/s/    *Joseph E. Spicer**                      /s/    *Sydney M. Patterson*
Joseph E. Spicer (Fed. Bar 27839)          Bruce L. Marcus, Esquire (Fed. Bar 06341)
COHEN HARRIS, LLC                          Sydney M. Patterson, Esquire (Fed. Bar 19036)
40 York Road, Suite 400                    MARCUSBONSIB, LLC
Towson, Maryland 21204                     6411 Ivy Lane, Suite 116
Telephone No.: 888-585-7979                Greenbelt, Maryland 20770
Email: Joseph@cohenharris.com              Telephone No.: (301) 441-3000
*Attorney for Plaintiffs*                    Email: Bmarcus@marcusbonsib.com
                                           Email: Spatterson@marcusbonsib.com
                                           *Attorneys for Defendant Sgt. William C. Heath*

/s/    *Phillip M. Pickus**                   /s/    *Chaz R. Ball**
Phillip M. Pickus, Esquire (Fed. Bar 22814)  Chaz R. Ball (Fed. Bar 30044)
Assistant Attorney General                 SCHLACHMAN, BELSKY, WEINER & DAVEY, P.A.
Maryland Department of State Police        300 East Lombard Street, Suite 1100
1201 Reisterstown Road, Building A         Baltimore, Maryland 21202
Pikesville, Maryland 21208                 Telephone No.: (410) 685-2022
Telephone No.: (410) 653-4293              Fax No.: (410) 783-4771
Fax No.: (410) 653-4270                    Email: Cball@sbwlaw.com
Email: Phillip.pickus@maryland.gov         *Attorney for Defendant Cpl. Jason Oros*
*Attorney for Defendant Maryland State Police*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 29th day of June, 2026, a true and correct copy of the

foregoing was filed and served on all attorneys of record via CM/ECF.


    /s/ *Sydney M. Patterson*
    Sydney M. Patterson

---

* Signed with express permission of counsel.

2